October 15, 2003. NOTED AND ORDERED THAT THIS MATTER SHALL REMAINED STAYED UNDER THE CONDITIONS SET FORTH WITHIN.

Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOWN OF EAST HARTFORD | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3 01 CV 1213 AVC |
| | : | |
| V. | : | |
| | : | |
| RELIANCE INSURANCE COMPANY | : | SEPTEMBER 29, 2003 |
|     Defendant | | |

## STATUS REPORT

The Plaintiff, Town of East Hartford, submits this Status Report. Counsel for the Plaintiff has advised counsel for the Defendant as to the status of the Liquidation Proceedings and the content of this Status Report.

## CASE STATUS

Reliance is the subject of liquidation proceedings in the State of Pennsylvania. The Stay of Proceedings ordered by Judge Doyle in Pennsylvania continues with respect to claims against Reliance directly. The Plaintiff's claim falls within the stay.

The Plaintiff, Town of East Hartford, has filed a Proof of Claim to the Office of Liquidations in Pennsylvania. The Liquidator has filed an objection to the Town's Proof of Claim.

OFFICE OF THE CORPORATION COUNSEL
TOWN OF EAST HARTFORD
740 MAIN ST. • EAST HARTFORD, CONN. 06108 • (860) 291-7215 • FAX (860) 291-0145   JURIS NO. 17825