UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TOWN OF EAST HARTFORD

    Vs.                      CASE NO. 3:01CV01213(AVC)

RELIANCE INSURANCE COMPANY

### O R D E R

On October 15, 2003 this Court granted Defendant's Motion to Stay this matter until January 28, 2004. The above referenced stay having now expired; it is hereby

ORDERED:

That the parties submit a joint status report by February 27, 2004, reporting on the status of this matter and setting forth proposed deadlines for the Court to establish a new scheduling order.

SO ORDERED.

Dated at Hartford, Connecticut, this 5th day of February, 2004.

                                                /s/ AVC
                                              Alfred V. Covello
                                              United States District Judge