

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOWN OF EAST HARTFORD<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION NO.<br>3 01 CV 1213 AVC |
| V. | : <br> : | |
| RELIANCE INSURANCE COMPANY<br>    Defendant | : | FEBRUARY 26, 2004 |

## STATUS REPORT

The Plaintiff, Town of East Hartford, submits this Status Report. Counsel for the Plaintiff has advised counsel for the Defendant as to the status of the Liquidation Proceedings and the content of this Status Report.

**CASE STATUS**

Reliance is the subject of liquidation proceedings in the State of Pennsylvania.

The Plaintiff, Town of East Hartford, has filed a Proof of Claim to the Office of Liquidations in Pennsylvania. The Liquidator has filed an objection to the Town's Proof of Claim. At this time, the parties are attempting to negotiate a resolution. The undersigned presented a possible settlement to

the Town Council on February 17, 2004. The Town Council has requested further information regarding the possible settlement. Negotiations are continuing. A final determination as to whether a settlement can be reached should be made in March. If negotiations fail, a referee will be appointed and the matter will be tried in Pennsylvania. It is the understanding of the undersigned that the hearing may be held relatively soon after the appointment. Upon conclusion of the matter, this action will become moot and will be withdrawn by the Plaintiff.

The Plaintiff seeks to maintain the status quo and report to the Court by April 2, 2004 as to whether or not the case has settled.

PLAINTIFF, TOWN OF EAST HARTFORD

By _____
Janis M. Small, Its Attorney
740 Main Street
East Hartford, CT  06108
ct07657

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, this 26th day of February, 2004 to all counsel of record and pro se parties:

Jack G. Steigelfest ct 05733
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT  06106

_____
Janis M. Small
Commissioner of the Superior Court