FILED

2004 JUN -3 A 11: 06

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOWN OF EAST HARTFORD | : | CIVIL ACTION NO. |
| Plaintiff | : | 3 01 CV 1213 AVC |
| | : | |
| V. | : | |
| | : | |
| RELIANCE INSURANCE COMPANY | : | JUNE 2, 2004 |
| Defendant | | |

## STATUS REPORT

The Plaintiff, Town of East Hartford, submits this Status Report. Counsel for the Plaintiff has advised counsel for the Defendant as to the status of the Liquidation Proceedings and the content of this Status Report.

## CASE STATUS

Reliance is the subject of liquidation proceedings in the State of Pennsylvania.

The Plaintiff, Town of East Hartford, has filed a Proof of Claim to the Office of Liquidations in Pennsylvania. The Liquidator has filed an objection to the Town's Proof of Claim. At this time, the parties have negotiated a settlement. The

settlement has been submitted to the Presiding Judge for his approval. Upon approval, the Plaintiff will withdraw this action.

The Plaintiff seeks to maintain the status quo and either withdraw this action or report to the Court by July 15, 2004 as to the case status.

> PLAINTIFF, TOWN OF EAST HARTFORD
>
> By _____
> Janis M. Small, Its Attorney
> 740 Main Street
> East Hartford, CT  06108
> ct07657

### CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of June, 2004 to all counsel of record and pro se parties:

Jack G. Steigelfest ct 05733
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT  06106

_____
Janis M. Small
Commissioner of the Superior Court

OFFICE OF THE CORPORATION COUNSEL
TOWN OF EAST HARTFORD
740 MAIN ST. • EAST HARTFORD, CONN. 06108 • (860) 291-7215 • FAX (860) 291-0145  JURIS NO. 17825