FILED

2004 AUG 24  A 10: 56

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOWN OF EAST HARTFORD | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3 01 CV 1213 AVC |
| | : | |
| v. | : | |
| | : | |
| RELIANCE INSURANCE COMPANY | : | |
|     Defendant | : | AUGUST 23, 2004 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Town of East Hartford, voluntarily dismisses this action against the Defendant, Reliance Insurance Company.

                         PLAINTIFF, TOWN OF EAST HARTFORD

                         By_____
                         Janis M. Small, Its Attorney
                         740 Main Street
                         East Hartford, CT 06108
                         ct07657

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of August, 2004 to all counsel of record and pro se parties:

Jack G. Steigelfest   ct05733
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
Hartford, CT  06106

_____
Janis M. Small
Commissioner of the Superior Court

OFFICE OF THE CORPORATION COUNSEL
TOWN OF EAST HARTFORD
740 MAIN ST. • EAST HARTFORD, CONN. 06108 • (860) 291-7215 • FAX (860) 291-0145  JURIS NO. 17825